IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME WALKER, #232110, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv624-TMH |
| | ) | |
| THE STATE OF ALABAMA | ) | |
| BOARD OF PARDONS | ) | |
| AND PAROLES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 3, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 6). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that plaintiff's complaint against the Alabama Board of Pardons and Paroles is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(I).

Done this the 29th day of September, 2008.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE